1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,        )  Criminal No. CR 09-0379 MHP
15                                   )
        Plaintiff,                   )
16                                   )
                                     )  **STIPULATION AND [PROPOSED]**
17      v.                           )  **ORDER EXCLUDING TIME**
                                     )
18                                   )
   KELLY THOMAS,                     )
19                                   )
        Defendant.                   )
20  _____  )

21

22      The above-captioned matter came before the Court on April 17, 2009, for initial

23  appearance on the indictment.  The defendant was represented by Rita Bosworth, Esq., and the

24  government was represented by Jeffrey Finigan, Assistant United States Attorney.  The matter

25  was continued to May 4, 2009, at 10:00 a.m. for initial appearance before the Hon. Marilyn Hall

26  Patel, United States District Court Judge.

27      The Court made a finding that the time from and including April 17, 2009, through and

28  including May 4, 2009, should be excluded under the Speedy Trial Act, 18 U.S.C.

   STIPULATION AND [PROPOSED]
   ORDER EXCLUDING TIME
   CR 09-0379 SI

§ 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial.  The finding was based on the need for the defendant to have reasonable time necessary for effective preparation and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

      The parties hereby agree to and request that the case be continued until May 4, 2009, and that the exclusion of time until then be granted.  The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: 4/20/2009

          /s/
RITA BOSWORTH
Counsel for Kelly Thomas

DATED: 4/20/2009

          /s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:   April 21, 2009

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE



STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 09-0379 SI          2