JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 09-0379 MHP |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER EXCLUDING TIME** |
| ) | |
| KELLY THOMAS, ) | |
| Defendant. ) | |

The above-captioned matter came before the Court on May 4, 2009, for initial appearance.  The defendant was represented by Rita Bosworth, Esq., and the government was represented by Ben Tolkoff, Assistant United States Attorney.  The matter was continued to June 29, 2009, at 10:00 a.m. for trial setting.

The Court made a finding that the time from and including May 4, 2009, through and including June 29, 2009, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the best

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 09-0379 SI

1  interest of the public and the defendant in a speedy trial.  The finding was based on the need for
2  the defendant to have reasonable time necessary for effective preparation and for continuity of
3  counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

4      The parties hereby agree to and request that the case be continued until June 29, 2009,
5  and that the exclusion of time until then be granted.  The parties agree and stipulate that the
6  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A),
7  because the ends of justice served by this continuance outweigh the best interest of the public and
8  the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively
9  prepare, taking into account the exercise of due diligence, and will provide for continuity of
10 counsel for the defendant.

11

12 DATED: 5/5/2009                                                  /s/
13                                                          RITA BOSWORTH
14                                                          Counsel for Kelly Thomas

15 DATED: 5/5/2009                                                  /s/
16                                                          JEFFREY R. FINIGAN
17                                                          Assistant U.S. Attorney

18 So ordered.

19 DATED:  May 6, 2009

20                                                          MARILYN HALL PATEL
                                                         UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 09-0379 SI                       2