```
 1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CASBN 163973)
 3  Chief, Criminal Division

 4  JEFFREY R. FINIGAN (CASBN 168285)
    Assistant United States Attorney
 5

 6     450 Golden Gate Avenue
       San Francisco, California  94102
 7     Telephone: (415) 436-7232
       Facsimile: (415) 436-7234
 8     Email: jeffrey.finigan@usdoj.gov

 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 09-0379 MHP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER EXCLUDING TIME** |
| | ) | |
| KELLY THOMAS, | ) | |
| Defendant. | ) | |

The above-captioned matter came before the Court on June 29, 2009, for status. The defendant was represented by Rita Bosworth, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The matter was continued to July 27, 2009, at 10:00 a.m. for change of plea or trial setting.

The Court made a finding that the time from and including June 29, 2009, through and including July 27, 2009, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the best

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 09-0379 SI

interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties hereby agree to and request that the case be continued until July 27, 2009, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED:   June 29, 2009

/s/
RITA BOSWORTH
Counsel for Kelly Thomas

DATED:   June 29, 2009

/s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:  6/30/2009

MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 09-0379 SI                                            2