BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-379 MHP |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER TO CONTINUE SENTENCING |
| v. ) | HEARING |
| ) | |
| KELLY THOMAS ) | **CURRENT HEARING DATE:** October 26, 2009, at 9:00 a.m. |
| Defendant. ) | |
| ) | **PROPOSED HEARING DATE:** December 7, 2009, at 9:00 a.m. |
| _____ ) | |

    1.    On July 27, 2009, Ms. Thomas entered a plea of guilty before the Court. Her sentencing was set for October 26, 2009.

    2.    On August 18, 2009, defense counsel and Ms. Thomas attempted to meet the probation officer for a scheduled presentence investigation interview. However, the probation officer was unable to attend the meeting, and defense counsel later learned that Ms. Thomas's case had to be reassigned to a different probation officer.

    3.    Defense counsel was on scheduled leave from August 21, 2009, to September 14, 2009. Thus, the presentence interview in this case did not take place until September 21, 2009.

    4.    In order to ensure that the probation office has ample time to prepare an accurate

1  report in accordance with the time limits set forth in Fed. R. Crim. P. 32, all parties agree that
2  there is good cause for a continuance.
3      5.      Defense counsel has conferred with both counsel for the government and the
4  probation officer, and all parties are available for sentencing on December 7, 2009, at 9:00 a.m.

6      IT IS SO STIPULATED.
7      9/22/09                                            /s/
8  _____          _____
    DATED                         JEFFREY FINIGAN
9                                 Assistant United States Attorney

11     9/22/09                                            /s/
12 _____          _____
    DATED                         RITA BOSWORTH
                                  Assistant Federal Public Defender

14     IT IS SO ORDERED.

16  9/23/2009
    DATED

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)